# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jeffrey Lynn Franklin,

    Petitioner

v.

Jerry Howell, et al.,

    Respondents

Case No.: 2:18-cv-00444-JAD-NJK

**Order**

    Adjudicated habitual criminal and pro se petitioner Jeffrey Lynn Franklin is currently serving a 10-year sentence at the Three Lakes Valley Conservation Camp.[1] Franklin petitions for a writ of habeas corpus under 28 U.S.C. § 2254, but he has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.

    Accordingly, IT IS HEREBY ORDERED that Franklin **has until May 7, 2018, to pay the $5.00 filing fee OR file a fully complete application to proceed** *in forma pauperis*. A completed pauper application includes a signed financial certificate and a statement of his inmate account for the last six months. If Franklin chooses to pay the filing fee instead, he must attach his check to a copy of this order. **If Franklin does not take either of these actions before this court-ordered deadline, this action will be DISMISSED.**

    Dated: April 5, 2018

                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1-1 at 2; *see also* Nev. Dep't of Corr. (April 4, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Jeffrey Franklin or by offender ID 94922).