# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jeffrey Lynn Franklin,

     Petitioner

v.

Jerry Howell, et al.,

     Respondents

Case No.: 2:18-cv-00444-JAD-NJK

**Order**

     Pro se petitioner and adjudicated habitual criminal Jeffrey Lynn Franklin is serving a 10-year sentence the Three Lakes Valley Conservation Camp.[1]  He petitions for a writ of habeas corpus under 28 U.S.C. § 2254 and argues that he was denied effective assistance of appellate counsel.[2]  Franklin failed to pay the $5.00 filing fee or apply for leave to proceed *in forma pauperis* when he initiated this action, so I gave him one month to do one of those things.[3]  I also informed Franklin that, if he chose to file a pauper application, the application must be complete and include "a signed financial certificate and a statement of his inmate account for the last six months."[4]  Franklin has since filed a pauper application, but it is on the wrong form and lacks the financial documents that I told him to include.[5]  Nevertheless, I will give Franklin one last chance to file a fully complete pauper application or pay the $5.00 filing fee.

     Accordingly, IT IS HEREBY ORDERED that Franklin's application for leave to proceed *in forma pauperis* **[ECF No. 6] is DENIED without prejudice.**

     IT IS FURTHER ORDERED that Franklin **has until June 11, 2018, to either: (a) file a FULLY COMPLETE application for leave to proceed *in forma pauperis* that INCLUDES a**

---

[1] ECF No. 1-1 at 2; Nᴇᴠ. Dᴇᴘ'ᴛ ᴏғ Cᴏʀʀ. (May 9, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Jeffrey Franklin or offender ID 94922).

[2] ECF No. 1-1 at 4.

[3] ECF No. 5.

[4] *Id.*

[5] ECF No. 6.

**signed financial certificate and a statement of his inmate account for the last six months; OR (b) pay the $5.00 filing fee.**

If Franklin fails to do either of these things by this court-ordered deadline, **his case will be DISMISSED without further prior notice**.

The **Clerk of Court** is directed to **SEND to Franklin** a blank pauper application form for incarcerated litigants.

Dated: May 14, 2018

_____
U.S. District Judge Jennifer A. Dorsey