# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey Lynn Franklin, | Case No.: 2:18-cv-00444-JAD-NJK |
| Petitioner | **Order to Show Cause** |
| v. | [ECF Nos. 2, 4, 9] |
| Jerry Howell, et al., | |
| Respondents | |

Pro se plaintiff Jeffrey Lynn Franklin petitions for a writ of habeas corpus[1] and applies to proceed *in forma pauperis*.[2] This is Franklin's second pauper application (because I denied the first as incomplete). Having reviewed Franklin's financial documents, I find that he is unable to pay the filing fee, and I grant him pauper status.

I have also reviewed his petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and it appears that this is a successive petition. Franklin challenged his conviction once before in *Franklin v. Nevada*, Case No. 3:10-cv-00020-HDM-VPD. The court denied that petition on its merits,[3] and the Ninth Circuit denied Franklin a certificate of appealability.[4] This petition, which challenges the same conviction, is therefore a second or successive petition under 28 U.S.C. § 2244(b).

Franklin must obtain authorization from the Ninth Circuit before this court can consider his petition.[5] Nothing in the documents that Franklin has filed indicates that he has received that authorization. Franklin will need to show cause why I should not dismiss this action as an unauthorized, successive petition.

---

[1] ECF No. 1-1.

[2] ECF No. 9.

[3] *See* case no. 3:10-cv-00020-HDM-VPD at ECF No. 25.

[4] *Id.* at ECF No. 30.

[5] 28 U.S.C. § 2244(b)(3).

Accordingly, IT IS HEREBY ORDERED that Franklin's application to proceed *in forma pauperis* **[ECF No. 9] is GRANTED**. Franklin need not pay the $5.00 filing fee.

The **Clerk of Court** is directed to **DETACH and FILE** the petition for a writ of habeas corpus **[ECF No. 1-1]**.

IT IS FURTHER ORDERED that Franklin **has until July 23, 2018, to show cause why this action should not be dismissed as an unauthorized second or successive petition.** If Franklin does not comply with this court-ordered deadline, this action will be DISMISSED without further prior notice.

IT IS FURTHER ORDERED that Franklin's motions for appointment of counsel **[ECF Nos. 2, 4] are DENIED** without prejudice to his ability to refile them if he can show cause why this petition shouldn't be dismissed.

Dated: June 22, 2018

_____
U.S. District Judge Jennifer A. Dorsey