# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey Lynn Franklin, | Case No. 2:18-cv-00444-JAD-NJK |
| Petitioner | |
| v. | **Order Striking Supplement to Petition** |
| Jerry Howell, et al., | ECF No. 20 |
| Respondents | |

On July 16, 2018, I dismissed this action as an unauthorized second or successive habeas corpus petition under 28 U.S.C. § 2244(b).[1] Petitioner Jeffrey Lynn Franklin appealed that decision.[2] The court of appeals denied a certificate of appealability.[3] Now, more than a year after the appeal concluded, Franklin has filed a purported supplement to the petition.[4] However, Franklin has not moved to reopen the action. Additionally, Franklin has not shown that the court of appeals has authorized him to proceed with a second or successive habeas corpus petition. For these two reasons, I strike the supplement.

IT THEREFORE IS ORDERED that the clerk of the court is directed to **STRIKE** the supplement to the petition **[ECF No. 20].**

Dated: January 14, 2020

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 15.
[2] ECF No. 17.
[3] ECF No. 19.
[4] ECF No. 20.